# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-00466-3 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| TYVIONE GUTHERY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on November 7, 2025, and a Supplemental Information Report was filed on February 3, 2026. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised released violation hearing was held on February 3, 2026. The defendant admitted to the following violations:

1. Failure to Pay Restitution; and
2. New Law Violation.

The magistrate judge filed a report and recommendation on February 3, 2026, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, and 2.

A final supervised release violation hearing was conducted on February 10, 2026. Present were the following: Assistant U.S. Attorney Toni B. Schnellinger Feisthamel, representing the United States; Attorney Timothy J. Kucharski, representing the defendant; the defendant Tyvione Guthery; and United States Probation Officer Camil Croft.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, and 2.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 6 months, with credit for time served to date. Defendant's restitution obligation is reimposed. Upon release from BOP custody, the defendant will be placed on supervised release for a period of 2 years, with the same terms and conditions as previously imposed, and with the following additional conditions:

**Cognitive Behavioral Treatment:** You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Anger Management Treatment:** At the discretion of the probation officer.

Additionally, defendant's restitution obligation previously imposed as part of his sentence is reimposed, as follows:

**Restitution:** The defendant must pay his outstanding restitution obligation to JP Morgan Chase Bank in the amount of $14,500.00, less any amount paid to date.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: February 10, 2026

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**